(128 So. 909)

## Ex parte J. G. MAJOR et al.
### 6 Div. 665.

Supreme Court of Alabama.
May 20, 1930.

PER CURIAM.

Rule nisi denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.